FILED: March 8, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-135
(3:08-bk-35653)
(19-03091-KRH)

_____

In re: CIRCUIT CITY STORES, INCORPORATED

       Debtor

-------------------------------

JOHN P. FITZGERALD, III, Acting United States Trustee for Region 4

       Petitioner

v.

ALFRED H. SIEGEL, Trustee of the Circuit City Stores, Inc. Liquidating Trust

       Respondent

---

This case has been opened as an original proceeding in this court. The district court is receiving this notice for informational purposes.

| Originating Court | Bankruptcy Court |
|---|---|
| Date Petition Filed: | 03/08/2023 |
| Petitioner(s) | John P. Fitzgerald, III. |
| Appellate Case Number | 23-135 |
| Case Manager | Marcy E. Beall<br>804-916-2702 |